UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RUSSELL BELLAR** | **CIVIL ACTION NO. 10-0734** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **BOSCO LODGE, L.L.C., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 25] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that this matter is hereby DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(h)(3).

MONROE, LOUISIANA, this 13th day of April, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE